IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES C. FALLON | : | CIVIL ACTION |
| --- | --- | --- |
| | : | No. 08-5623 |
| v. | : | |
| | : | CRIMINAL ACTION |
| UNITED STATES OF AMERICA | : | No. 02-324 |

# ORDER

**AND NOW**, this 30th day of November, 2009, upon consideration of the Habeas Corpus Motion Under 28 U.S.C. § 2255 (Document No. 188), the government's response, the Government's Motion to Dismiss Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (Document No. 192) and the petitioner's response, it is **ORDERED** as follows:

1. The petitioner's habeas corpus motion is **DISMISSED**;

2. The government's motion to dismiss is **GRANTED**;

3. The petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no probable cause to issue a certificate of appealability.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.