IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 10-3889 |
| v. | : | |
| JAMES C. FALLON | : | CRIMINAL NO. 02-324 |

# ORDER

**AND NOW**, this 2nd day of December, 2010, upon consideration of Defendant's Petition for a Writ *Coram Nobis* Under 28 U.S.C. § 1651(a) and Motion to Vacate Conviction and Refund all Restitution (Document No. 1) and the government's response, it is **ORDERED** that the petition is **DISMISSED**.

                                                        /Timothy J. Savage  
                                                      TIMOTHY J. SAVAGE, J.